

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. PD-1466-12

### EX PARTE RICHARD NORMAN LONG, Appellant

---

### ON REHEARING OF Appellant'S
### PETITION FOR DISCRETIONARY REVIEW
### FROM THE ELEVENTH COURT OF APPEALS
### ECTOR COUNTY

---

*Per curiam.*

## O P I N I O N

Appellant was convicted of driving while intoxicated in 1992, and sentenced to confinement for thirty days and a fine of $100. Appellant has filed an application for writ of habeas corpus seeking relief from this conviction. The Court of Appeals upheld the trial court's denial of relief. *Long v. State*, No. 11-11-00352-CR (Tex.App - Eastland, delivered August 31, 2012).[1] Appellant's redrawn petition for discretionary review was dismissed as untimely filed on May 8, 2013. Appellant has filed a motion for rehearing requesting

---

[1]This is an appeal from denial of relief of an application for writ of habeas corpus and should be styled *Ex parte Long*.

reinstatement of his petition so that it will be considered by this Court. Appellant's motion for rehearing is granted. His redrawn petition for discretionary review filed in this Court on February 24, 2013, is filed as of June 12, 2013, and will be considered in accord with Tex.R.App.P. 68.

Delivered June 12, 2013
Do not publish